**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 74 EAL 2015
:
                Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
CHELLY LONG, :
:
                Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of August, 2015, the Petition for Allowance of Appeal is

**DENIED**.